RECEIVED

MAY 0 5 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

MICHAEL DAVID SMITH     DOCKET NO. 13-CV-2949; SEC. P

VERSUS     JUDGE STAGG

WARDEN DEAN DOVE     MAGISTRATE JUDGE KIRK

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Smith's Petition for Writ of Habeas Corpus (28 U.S.C. §2241) in the captioned case be **DISMISSED without prejudice** for failing to exhaust state court remedies.

THUS DONE AND SIGNED in Chambers at Shreveport, Louisiana, on this 2nd day of May, 2014.

TOM STAGG
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA